STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

FILED

May 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MARISA BELLE HAWK, <br>     Defendant. | CASE NO. 3:21-MJ-70741 MAG <br><br> [PROPOSED] ORDER OF DETENTION |

    On October 19, 2020, the United States District Court for the District of Idaho issued an arrest warrant for defendant Marisa Belle Hawk based on charged violations of the conditions of her supervised release. The defendant was arrested in the Northern District of California on that warrant on April 27, 2021.

    This matter came before the Court on May 3 and 4, 2021, for a detention hearing. The defendant was present via Zoom from Santa Rita Jail and represented by counsel. She waived an in-person appearance. An assistant United States attorney appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention, and an officer from the Probation Office presented information as well.

    Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on

the record, the Court finds that the defendant has not met her burden under Federal Rule of Criminal Procedure 32.1(a)(6) to show by clear and convincing evidence that she will not flee. Accordingly, the defendant shall be detained for transfer by the U.S. Marshal Service to the District of Idaho.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion: The defendant is alleged to have absconded from a residential reentry center in Spokane, Washington, on October 9, 2020, and she could offer no satisfactory explanation for why she was not in contact with her probation officer for the past six months. In addition, the Probation Office recommended against the release plan proposed by the defendant because it involves her living with a person who is not suitable due to his own prior criminal background. These findings are made without prejudice to the defendant's right to seek review of her detention, or to file a motion for reconsideration if circumstances warrant it.

IT IS SO ORDERED.

DATED: 5/4/2021

HON. THOMAS S. HIXSON
United States Magistrate Judge